IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROGER DIXON, # 253258, | ) |
| Petitioner, | ) |
| v. | ) Civil Action No. |
| | ) 2:18-CV-1045-WHA |
| MARY COOKS, *et al.,* | ) |
| Respondents. | ) |

## ORDER

On December 18, 2018, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 2.) Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that

(1) The Recommendation (Doc. # 2) is ADOPTED; and

(2) This case is TRANSFERRED to the United States District Court for the Southern District of Alabama Under 28 U.S.C. § 1631.

The Clerk of the Court is DIRECTED to take appropriate steps to effect the transfer.

This case is closed in this court.

DONE this 22nd day of January, 2019.

      /s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE